No. 797. WELCH, FAIRCHILD & COMPANY, INC. *v.* PHILIPPINE NATIONAL BANK. March 17, 1924. Petition

for a writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. James Ross* and *Mr. Timothy T. Ansberry* for petitioner. No appearance for respondent.